PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-2736
Fax. 973-645-3210
(FLU:KCPB)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br>v.<br><br>LISA GOETZ,<br><br>          *Defendant,*<br>and<br><br>AMERICAN CENTURY INVESTMENTS,<br>and its successors or assigns,<br>          *Garnishee.* | Hon. Joel A. Pisano<br><br>CRIMINAL No. 09-857<br><br>**APPLICATION AND ORDER<br>FOR WRIT OF GARNISHMENT** |

  The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Lisa Goetz, social security number *******5532, whose last known address is Phoenix, AZ 85086 in the above cited action in the amount of $2,500,100.00, plus interest at the rate of % per annum and penalties.

  The total balance due and owing as of October 19, 2012 is $2,499,050.00.

  Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from October 19, 2012, and debtor has failed to satisfy the debt.

  The Garnishee is believed to have possession of property in which Lisa Goetz has a

substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, Lisa Goetz.

The name and address of the Garnishee or his authorized agent is:

> American Century Investments
> Corporate Headquarters
> 430 W. 7th Street
> Kansas City, MO 64105

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

PAUL J. FISHMAN<br>
United States Attorney<br><br>
By: /s/ LEAH A. BYNON<br>
Assistant U.S. Attorney

IT IS, on this __24__ day of __Oct__, 2012,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

_____
HON. JOEL A. PISANO, JUDGE
UNITED STATES DISTRICT COURT